**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
(electronically filed)

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.** | **CRIMINAL ACTION NO.3:10-CR-00035-JGH** |
| **RAFAEL GASCON-LARA et al** | **DEFENDANT** |

### RAFAEL GASCON-LARA'S MOTION FOR DISCOVERY

Now comes Rafael Gascon-Lara, by counsel, Rob Eggert, and respectfully moves this Court to enter an Order requiring the government to permit the Defendant to copy the following, which are either in the government's possession, custody or control, or by the exercise of due diligence may become known to the government:

1. Any documents or tangible objects which are material to Mr. Gascon-Lara's defense or are intended for use by the Government as evidence in chief at trial.

2. Results or reports of all scientific and laboratory tests made in connection with this case.

3. The substance of any oral statements made by the Defendant, either before or after arrest.

4. The Defendant's entire criminal history.

5. A written summary of expert testimony the Government intends to use under Rules 702, 703 or 705 of the Federal Rules of Evidence during its case-in-chief at trial.

This request for discovery and inspection is made pursuant to Federal Rules of Criminal Procedure 16.

**WHEREFORE** this Honorable Court is respectfully requested to enter the attached Order.

RESPECTFULLY SUBMITTED,

/s/ 

**Rob Eggert**
600 West Main Street
Suite 300
Louisville, Kentucky   40202
(502) 589-6190


### CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2010, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ Rob Eggert

**Rob Eggert**