UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.                                        CRIMINAL ACTION NO. 3:10CR-35-H

EXSAUL SILVA-GARCIA                                                                     DEFENDANT

### REQUEST FOR NOTICE OF
### GOVERNMENT'S INTENT TO INTRODUCE 404(B) EVIDENCE

Now comes the defendant, by counsel, James A. Earhart, and respectfully moves this court to enter the accompanying Order requiring the government to provide notice to the defendant of the following, which are either in the government's possession, custody or control, or by the exercise of due diligence may become known to the government:

Evidence of other crimes, wrongs, or acts intended to be introduced by the government or used to impeach the defendant should he testify at trial or which the government intends to introduce for such purposes, as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, or absence or mistake or accident, or other such purposes.  Disclosure by the government should include a description of the general nature of any other crimes, wrongs, or acts the government intends to offer into evidence at the trial of this action under Rule 404(b), as well as, the manner and means in which it intends to be proved, including statement of witnesses or a summary of the substance of any testimony that is expected to be offered.

WHEREFORE, the defendant respectfully requests that the Court enter the accompanying Order directing the government to provide the requested information to the defendant on or before the date set for filing the Pretrial Memorandum in this case.

                                              Respectfully submitted,

                                              /S/ James A Earhart
                                              James A. Earhart
                                              517 West Ormsby Avenue
                                              Louisville Kentucky 40203
                                              502-587-0599

<u>Certificate of Service</u>

I hereby certify that a true and accurate copy of this Motion was electronically sent this the <u>29th</u> day of March, 2010, to:

Mac Shannon
Assistant United States Attorney
510 West Broadway 10th Floor
Louisville, Kentucky 40202

                                              /s/ James A Earhart
                                              James A. Earhart