UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Electronically Filed)

UNITED STATES OF AMERICA                                                                      PLAINTIFF

V.                                                                          CRIMINAL ACTION NO. 3:10-CR-35-S

RODRIGO MACIAS-FARIAS, *et al.*                                                            DEFENDANTS

## RODRIGO MACIAS-FARIAS' MOTION
## TO DECLARE CASE COMPLEX

Now comes Rodrigo Macias-Farias, by counsel, and moves this Honorable Court to declare this matter complex. 18 U.S.C. §3161(8)(B)(ii) authorizes the Court to declare a case complex and remove it from the time constraints of the Speedy Trial Act if, because of the nature of the prosecution, there exists novel questions of fact or law to the extent that it makes it unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

Undersigned counsel has been provided with voluminous discovery in this matter that will take several months to review.  The Assistant United States Attorney assigned to prosecute this matter also has no objection to this matter being declared complex.

**WHEREFORE**, this Court is respectfully requested to enter the attached Order.

        **RESPECTFULLY SUBMITTED,**

        **/s/ Scott C. Cox**
        **SCOTT C. COX**
        **COX & MAZZOLI, PLLC**
        600 West Main Street, Suite 300
        Louisville, Kentucky   40202
        (502) 589-6190

        **DAVID A. LAMBERTUS**
        600 West Main Street, Suite 300
        Louisville, Kentucky   40202
        (502) 589-6190

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

        **/s/ Scott C. Cox**
        _____