IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

<u>**UNITED STATES OF AMERICA**</u>,  )
                                  )
                   **Plaintiff(s)**,  )
                                  )  CASE NO. 10 CR 35-H
v.                                )
                                  )
<u>**RODRIGO MACIAS-FARIAS,**</u>       )
                                  )
                   **Defendant(s)**.  )

### <u>AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE</u>

Pursuant to LR 83.2 AND LCrR 57.2, I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Sally Pissetzky

2. I practice under the following firm name or letterhead:

   Name: Pissetzky & Berliner LLC

   Address:    53 W. Jackson Blvd.
               Suite 1430
               Chicago, IL 60604
   Telephone Number: (312)566-9900

   Fax: (312)939-1616

   Email address: sallyp@pbzlawfirm.com

3. I have been admitted to practice in the following courts: Illinois Supreme Court; United States Court of Appeals for the Seventh Circuit; Northern District of Illinois.

4. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

5. I am in good standing in all bars of which I am a member.

6. No disciplinary or grievance proceedings have been previously filed against me.

7. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

8. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

_____
Sally Pissetzky

Sworn to and subscribed before me
This ____ June ____, 2011

_____
Notary Public

OFFICIAL SEAL
HERMINIA RIVERA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/30/12