# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) CASE NO. 10 CR 35-H |
| v. | ) |
| | ) |
| **RODRIGO MACIAS-FARIAS**, | ) |
| | ) |
| Defendant(s). | ) |

## ORDER ON MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Having considered the Motion For Leave To Appear Pro Hac Vice, and for good cause shown, the Court finds that said motion should be GRANTED / DENIED, and that Sally Pissetzky should be and hereby is admitted to practice in the United States District Court for the Western District of Kentucky for purposes of this case only.

Dated this _____ day of _____, 2011.


**UNITED STATES JUDGE**