**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.** | **CRIMINAL NO. 3:10CR-35-H** |
| | *Electronically Filed* |
| **RODRIGO MACIAS-FARIAS** | **DEFENDANT** |

**MOTION FOR FINAL DECREE**
**AND ORDER OF FORFEITURE**

The United States moves this Court for a Final Decree and Order of Forfeiture, based upon the previously entered Preliminary Order of Forfeiture. A proposed Final Decree and Order of Forfeiture is submitted herewith.

                Respectfully submitted,

                DAVID J. HALE
                UNITED STATES ATTORNEY

                s/Amy Sullivan
                Amy Sullivan
                Assistant U.S. Attorney
                510 W. Broadway, 10th Floor
                Louisville, Kentucky 40202
                (502) 582-5911
                (502)582-5067
                amy.sullivan@usdoj.gov

CERTIFICATE OF SERVICE

On December 5, 2011, I electronically filed this document and attachments through the ECF system, which will send a notice of electronic filing to counsel of record for the defendant, Gal Sally Pissetzky, Pissetzky & Berliner LLC, 53 West Jackson Blvd., Suite 1430, Chicago, IL 60604.

                s/Amy Sullivan
                Amy Sullivan
                Assistant United States Attorney