## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.** | **CRIMINAL NO. 3:10CR-35-H** |
| | *Electronically Filed* |
| **RODRIGO MACIAS-FARIAS** | **DEFENDANT** |

### FINAL DECREE AND ORDER OF FORFEITURE

WHEREAS, on September 2, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, and pursuant to a jury finding the defendant guilty of Counts 1 and 2 of the Superseding Indictment;

AND WHEREAS, notice of the United States' intention to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was published on the United States' website (www.forfeiture.gov) for thirty consecutive days, beginning on September 9, 2010;

AND WHEREAS, no person or entity filed a petition asserting an interest in the property forfeited herein, and the time for doing so has passed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.     That the following property be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party:  **$376,000.00 in U.S. Currency.**

2.    That the Court finds that the property is subject to forfeiture pursuant to 21

U.S.C.§ 853, and since no person or entity has filed a petition or claim to this property, default

judgment against all other persons is hereby entered;

3.    That the United States Marshals Service, Drug Enforcement Administration, or

any duly authorized law enforcement agency shall forthwith seize the forfeited property and

dispose of it in accordance with the law;

4.    That all right, title, and interest to the property described above is hereby

condemned, forfeited and vested in the United States of America, and shall be disposed of

according to law;

5.    That the United States District Court shall retain jurisdiction in the case for the

purpose of enforcing this Order;

6.    That any and all forfeited property and the proceeds of sale from any forfeited

property, after payment of costs and expenses incurred in connection with the forfeiture, sale, or

other disposition of the forfeited property, shall be deposited forthwith by the United States

Marshals Service into the Asset Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21

U.S.C. § 853.