UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA					PLAINTIFF

v.								CRIMINAL ACTION NO. 3:10-CR-35-CRS-2

RODRIGO MACIAS-FARAS					DEFENDANT

## ORDER

Defendant Rodrigo Macias-Faras, *pro se*, has filed a motion for compassionate release in light of COVID-19 (DN 495) and a revised motion for compassionate release in light of COVID-19 (DN 496), both of which were docketed on the same date. The revised motion asks that it be substituted for the motion previously filed. Accordingly,

**IT IS ORDERED** that the motion at DN 495 is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the United States shall file a response to Defendant's revised motion (DN 496) **within 14 days** from the entry date of this Order, stating its position with respect to the motion and to include specific information with respect to the inmate's adjustment to institutional life and any history of disciplinary actions.

Date: October 27, 2020

Charles R. Simpson III, Senior Judge
United States District Court

cc:	Defendant, *pro se*
	U.S. Attorney
4411.009